JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BARBARA DYBNIS individually and as successor in interest for SACHA DYBNIS, MICHAEL DYBNIS, and ARI DYBNISS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC. fdba DAVIDSON LADDERS, INC.,<br><br>　　　　　　Defendant. | CASE NO.: CV12-01480 JFW (PJWx)<br><br>**JUDGMENT ON SPECIAL VERDICT** |

　　　This action came on regularly for jury trial on February 12, 2013, before the Honorable John F. Walter, District Court Judge.

　　　Based on the jury's verdict, IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiffs BARBARA DYBNIS, individually and as successor in interest for SACHA DYBNIS, MICHAEL DYBNIS, and ARI DYBNIS against Defendant LOUISVILLE LADDER, INC. in the sum of one million two hundred and thirty nine thousand and seven hundred and twenty six dollars ($1,239,726) with interest thereon at the legal rate until paid under 28 USC 1961 together with costs and disbursements in the sum of $_____.

Dated: March 20, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter,
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge